ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

GREGORY R. TAN, ESQ.*
CASEY SHPALL, ESQ.*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email:   shpallc@gtlaw.com
         tangr@gtlaw.com
*Admitted Pro Hac Vice
Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PEGGY COLLINS, <br><br> Plaintiff, <br><br> v. <br><br> C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED, <br><br> Defendants. | CASE NO. 2:19-cv-01864-RFB-BNW |

## STIPULATION TO EXTEND DISCOVERY AND PRE-TRIAL DEADLINES
## (SECOND REQUEST)

Comes now, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants") and Plaintiff Peggy Collins ("Plaintiff"), by and through their undersigned counsel of record, pursuant to LR IA 6-2, and hereby stipulate that all existing discovery and

- 1 -

ACTIVE 50972336v1

1  pre-trial deadlines are extended by sixty (60) days. This stipulation is entered into as a result
2  of complications and difficulties related to the current national emergency caused by the
3  spread of COVID-19.

4        For the foregoing reasons, the parties stipulate and request that this Court modify the
5  Stipulated Discovery Plan and Scheduling Order, Dkt. 30, as follows:

| PROPOSED DATE | DEADLINE |
|---|---|
| November 13, 2020 | Close of case-specific fact discovery. |
| January 26, 2021* | The Parties shall produce case-specific expert reports. |
| February 26, 2021 | The Parties shall produce any case-specific rebuttal expert reports. |
| March 22, 2021 | Deadline to depose Plaintiff's experts about their case-specific reports. |
| April 20, 2021 | Deadline to depose Defendants' experts about their case-specific reports. |
| June 8, 2021 | Deadline to file Daubert motions and other dispositive motions. |

17  * The proposed deadlines are extended sixty (60) days except the deadline for Parties to
18  produce case-specific expert reports which is extended ninety (90) days because the deadline
19  falls during 2020 winter holidays.
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

ACTIVE 50972336v1

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

**IT IS SO STIPULATED.**

Dated this 15th day of June 2020.

| MARTIN BAUGHMAN, PLLC | GREENBERG TRAURIG, LLP |
|---|---|
| By: /s/ Ben C. Martin<br>BEN C. MARTIN, ESQ.*<br>bmartin@martinbaughman.com<br>3710 Rawlins Street, Suite 1230<br>Dallas, Texas 75219<br>*Admitted Pro Hac Vice<br><br>PETER C. WETHERALL, ESQ.<br>Nevada Bar No. 004414<br>pwetherall@wetherallgroup.com<br>WETHERALL GROUP, LTD.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, Nevada 89148<br>Telephone: (702) 838-8500<br>Facsimile: (702) 837-5081<br><br>*Counsel for Plaintiff* | By: /s/ Eric W. Swanis<br>ERIC W. SWANIS, ESQ.<br>swanise@gtlaw.com<br>Nevada Bar No. 6840<br>10845 Griffith Peak Drive, Ste. 600<br>Las Vegas, Nevada 89135<br><br>CASEY SHPALL, ESQ.*<br>shpallc@gtlaw.com<br>GREGORY R. TAN, ESQ.*<br>tangr@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1144 15th Street, Suite 3300<br>Denver, Colorado 80202<br>Telephone: (303) 572-6500<br>*Admitted Pro Hac Vice<br><br>*Counsel for Defendants* |

IT IS SO ORDERED

DATED: 7:04 pm, June 18, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)