ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
swanise@gtlaw.com

CASEY SHPALL, ESQ.*
GREGORY R. TAN, ESQ.*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
shpallc@gtlaw.com
tangr@gtlaw.com
*Admitted Pro Hac Vice

Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PEGGY COLLINS,<br><br>           Plaintiff,<br><br>     v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>           Defendants. | CASE NO. 2:19-cv-01864-RFB-BNW<br><br>**STIPULATION AND ORDER REGARDING WITHDRAWAL OF PLAINTIFF'S CLAIMS FOR EMPLOYMENT RELATED DAMAGES** |

/ / /

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 50661219v2

1 | The Parties, Plaintiff PEGGY COLLINS ("Plaintiff") and Defendants, C. R. Bard, Inc.
2 | and Bard Peripheral Vascular, Inc. ("Bard"), by and through their undersigned counsel, hereby
3 | stipulate as follows pursuant to Fed. R. Civ. P. 15(a)(2):
4 | 1.   This case was part of a multi-district litigation proceeding styled, *In Re: Bard IVC*
5 | *Filters Products Liability Litigation, MDL 2641* ("MDL"), pending before Senior Judge David
6 | Campbell of the District of Arizona.
7 | 2.   Plaintiff originally filed her Amended Master Short Form Complaint for Damages
8 | for Individual Claims and Demand for Jury Trial (the "SFC") in the MDL. *See,* ECF No. 1. The
9 | SFC incorporates by reference the Master Complaint for Damages ("Master Complaint") filed in
10 | the MDL. *See, id.* at p. 1.
11 | 3.   The Master Complaint, a copy of which has been filed for reference in this action
12 | (*See*, ECF No. 34-1), contains a prayer for relief stating, "Plaintiffs demand judgment against
13 | Defendants for: … past and future lost wages and loss of earning capacity." *See, id.* at p. 63.
14 | The SFC incorporates this prayer for relief by reference. *See,* ECF No. 1, at p.1.
15 | 4.   Pursuant to Fed. R. Civ. Pro. 15(a)(2), the Parties hereby stipulate to the withdrawal
16 | of Plaintiff's claims for employment related damages, under all counts set forth in the SFC and/or
17 | the Master Complaint, including past or future lost wages, past or future loss of earnings capacity,
18 | / / /
19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

past or future loss of employment opportunities, past or future loss of educational opportunities, past or future loss of employment promotion and and/or other employment related losses.

**IT IS SO STIPULATED.**

Dated this 11th day of August 2020.

| MARTIN BAUGHMAN, PLLC | GREENBERG TRAURIG, LLP |
|---|---|
| By: */s/ Ben Martin*<br>Ben C. Martin, Esq.*<br>bmartin@martinbaughman.com<br>3710 Rawlins Street, Suite 1230<br>Dallas, Texas 75219<br>*Admitted Pro Hac Vice* | By: */s/ Eric W. Swanis*<br>ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 6840<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135 |
| PETER C. WETHERALL, ESQ.<br>Nevada Bar No. 4414<br>pwetherall@wetherallgroup.com<br>WETHERALL GROUP, LTD.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, Nevada 89148<br>Telephone: (702) 838-8500<br>Facsimile: (702) 837-5081 | CASEY SHPALL, ESQ.*<br>shpallc@gtlaw.com<br>GREGORY R. TAN, ESQ. *<br>tangr@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1144 15th Street, Suite 3300<br>Denver, Colorado 80202<br>Telephone: (303) 572-6500<br>*Admitted Pro Hac Vice* |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated this  12th  day of  August  2020.

ACTIVE 50661219v2

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 11, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

                                            */s/ Shermielynn Irasga*
                                            An employee of GREENBERG TRAURIG, LLP

ACTIVE 50661219v2