ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: swanise@gtlaw.com
        meierg@gtlaw.com

CASEY SHPALL, ESQ.*
GREGORY R. TAN, ESQ.*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email:   shpallc@gtlaw.com
         tangr@gtlaw.com
*Admitted Pro Hac Vice*

Counsel for Defendants

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PEGGY COLLINS,<br><br>            Plaintiff,<br><br>    v.<br><br>C. R. BARD, INCORPORATED and BARD<br>PERIPHERAL VASCULAR, INCORPORATED,<br><br>            Defendants. | Case No. 2:19-cv-01864-RFB-BNW<br><br>**STIPULATION TO EXTEND<br>DISCOVERY AND PRE-TRIAL<br>DEADLINES (THIRD REQUEST)** |

Comes now, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard" or "Defendants") and Plaintiff Peggy Collins ("Plaintiff"), by and through their undersigned counsel of record, pursuant to LR IA 6-2, and hereby stipulate that the discovery deadlines are extended by sixty (60) days and as detailed below. This Stipulation is entered into as a result of the current national emergency caused by the spread of COVID-19 and difficulties in locating and scheduling the depositions of Plaintiff's treating physicians.

/ / /

Pursuant to Federal Rules of Civil Procedure 6(b) and 26, and the Court's inherent authority and discretion to manage its own docket, this Court has the authority to grant the requested extension. Fed. R. Civ. P. 6(b) ("When an act may or must be done within a specified time the court may, for good cause, extend the time...."); Fed. R. Civ. P. 26(a) ("A party or any person from whom discovery is sought may move for a protective order in the court where the action is pending . . . The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."). Furthermore, Federal Rules of Civil Procedure 26(c) and 26(d) vest the Court with authority to limit the scope of discovery or control its sequence. *Crawford-El v. Britton*, 523 U.S. 574, 598 (1998) ("Rule 26 vests the trial judge with broad discretion to tailor discovery narrowly and to dictate the sequence of discovery.").

This Court therefore has broad discretion to extend deadlines or stay proceedings as incidental to its power to control its own docket – particularly where, as here, such action would promote judicial economy and efficiency. *Bacon v. Reyes*, 2013 U.S. Dist. LEXIS 143300, at *4 (D. Nev. Oct. 3, 2013) (*citing, Munoz-Santana v. U.S. I.N.S.*, 742 F.2d 561, 562 (9th Cir. 1984)) ("Whether to grant a stay is within the discretion of the court"); *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) ("A district court has discretionary power to stay proceedings in its own court."); *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

For the foregoing reasons, the parties stipulate and request that this Court modify the Stipulated Discovery Plan and Scheduling Order, Dkt. 30, as follows:

| PROPOSED DATE | DEADLINE |
| --- | --- |
| January 12, 2021 | Close of case-specific fact discovery. |
| March 29, 2021 | Parties shall produce case-specific expert reports. |
| April 28, 2021 | Parties shall produce any case-specific rebuttal expert reports. |

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

| **PROPOSED DATE** | **DEADLINE** |
| --- | --- |
| May 28, 2021 | Deadline to depose Plaintiff's experts about their case-specific reports. |
| June 21, 2021 | Deadline to depose Defendants' experts about their case-specific reports. |
| August 9, 2021 | Deadline to file Daubert motions and other dispositive motions. |

**IT IS SO STIPULATED.**

DATED this 20th day of October 2020.

MARTIN BAUGHMAN, PLLC
By:  */s/ Ben C. Martin*
    BEN C. MARTIN, ESQ.*
    bmartin@martinbaughman.com
    3710 Rawlins Street, Suite 1230
    Dallas, Texas 75219
    Telephone:  (214) 761-6614
    *Admitted Pro Hac Vice*

    PETER C. WETHERALL, ESQ.
    Nevada Bar No. 004414
    pwetherall@wetherallgroup.com
    WETHERALL GROUP, LTD.
    9345 W. Sunset Road, Suite 100
    Las Vegas, Nevada 89148
    Telephone: (702) 838-8500

    *Counsel for Plaintiff*

GREENBERG TRAURIG, LLP
By:  */s/ Eric W. Swanis*
    ERIC W. SWANIS, ESQ.
    swanise@gtlaw.com
    Nevada Bar No. 006840
    GLENN F. MEIER, ESQ.
    meierg@gtlaw.com
    Nevada Bar No. 006059
    10845 Griffith Peak Drive, Ste. 600
    Las Vegas, Nevada 89135
    Telephone: (702) 792-3773

    CASEY SHPALL, ESQ.*
    shpallc@gtlaw.com
    GREGORY R. TAN, ESQ.*
    tangr@gtlaw.com
    GREENBERG TRAURIG, LLP
    1144 15th Street, Suite 3300
    Denver, Colorado 80202
    Telephone: (303) 572-6500
    *Admitted Pro Hac Vice*

    *Counsel for Defendants*

**IT IS SO ORDERED**

**DATED:** 4:03 pm, October 23, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

3